IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| **Susan Moore,** | ) | Case No.: 2:22-cv-1537-RMG |
| | ) | (Formerly Case No. 2022CP1800294) |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | **NOTICE OF REMOVAL** |
| **Target Corporation, and Jane or John Doe,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**TO:   THE UNITED STATES COURT:**

Defendant, Target Corporation, would respectfully show the Court in support of its Notice of Removal that:

1.  The Summons and Complaint in this action were filed on February 15, 2022 in the Court of Common Pleas for Dorchester County, South Carolina. Attached for the Court are copies of Plaintiff's Summons and Complaint. The Complaint is the first pleading served upon the Defendant in this action and service was affected on April 15, 2022. Therefore, removal is timely under 28 U.S.C. §1446(b).

2.  The United States District Court has jurisdiction over this action pursuant to 28 U.S.C. §1332. The Plaintiffs are residents of the State of South Carolina and Defendant Target Corporation is incorporated in the State of Minnesota and has its principle place of business in the State of Minnesota. The action has been brought by the Plaintiff against the Defendant for the alleged accident which occurred in Dorchester County, South Carolina.

3.  Venue is proper in this matter in the Charleston Division of this Court in accordance with 28 U.S.C. §1441(a).

4. Upon information and belief, the amount in controversy in this matter exceeds $75,000.00 as Plaintiff allegedly suffered, actual damages, including but not limited to, medical expenses, pain and suffering, which according to Paragraph 26 of the Plaintiff's complaint (attached hereto as Exhibit A), and she will incur additional damages in the future for same as a result of Defendants' hereinabove described negligence, negligence per se, gross negligence, willful, wanton and/or reckless conduct.) Additionally, upon inquiry, Plaintiff's attorney alleges Plaintiff's damages exceed $75,000.00.

5. Defendant has filed no pleadings in this action with the Court of Common Pleas for the State of South Carolina in response to this Complaint; however, Defendant's Answer to the Plaintiff's Complaint is filed herewith contemporaneously.

6. Defendant has furnished a copy of this Notice of Removal to the Clerk of Court for Dorchester County.

Respectfully submitted,

**SWEENY, WINGATE & BARROW, P.A.**

s. Mark S. Barrow
Mark S. Barrow Fed. I.D. No. 1220
Ryan C. Holt, Fed. I.D. No. 10736
Grace G. Brown, Fed I.D. No. 13592
Sweeny, Wingate & Barrow, P.A.
Post Office Box 12129
Columbia, SC  29211
(803) 256-2233

**ATTORNEYS FOR THE DEFENDANT TARGET CORPORATION**

Columbia, South Carolina
May 13, 2022